## (April 20, 1982)

■ In the Matter of CHARLES A. GLICK, a Suspended Attorney, Petitioner; GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent. — Motion by petitioner (1) for reargument and reconsideration of his prior motion for reinstatement to the Bar of the State of New York, or in the alternative, (2) for leave to appeal to the Court of Appeals from the order of this court, dated December 18, 1981, which denied said motion. Motion denied. Mollen, P. J., Damiani, Lazer, Mangano and Gibbons, JJ., concur.